18 So.2d 877

**Lois ELEY v. Truman E. GLADDIS.**

8 Div. 273.

Supreme Court of Alabama

May 24, 1944.

PER CURIAM.

Appeal dismissed, want of prosecution.

18 So.2d 877

**Henry C. ELLISON v. Florence ELLISON.**

5 Div. 396.

Supreme Court of Alabama.

June 30, 1944.

A. B. Foshee, of Clanton, for appellant.

J. B. Atkinson and Reynolds & Reynolds, all of Clanton, for appellee.

PER CURIAM.

Appeal dismissed, motion of appellant.

21 So.2d 853

**Ex parte H. L. GREENE CO.**

6 Div. 332.

Supreme Court of Alabama.

March 22, 1945.

Sadler & Sadler, of Birmingham, for petitioner.

PER CURIAM.

Rule nisi denied. Ex parte Berman Bros. Iron & Metal Co., 235 Ala. 696, 176 So. 915; Ex parte Farrell, 234 Ala. 498, 175 So. 277; Ex parte Benson, 243 Ala. 435, 10 So.2d 482.

GARDNER, C. J., and THOMAS and STAKELY, JJ., concur.

20 So.2d 889

**W. W. EMERSON, Jr., v. Wildie B. MORGAN et al.**

6 Div. 198.

Supreme Court of Alabama.

Nov. 30, 1944.

PER CURIAM.

Appeal dismissed, want of prosecution.

18 So.2d 877

**Azalein Jones HUBBARD v. Carrie HUBBARD.**

3 Div. 415.

Supreme Court of Alabama.

May 16, 1944.

Thos. B. Hill, Jr., Wm. Inge Hill, and J. T. Stovall, all of Montgomery, for appellant.

PER CURIAM.

Appeal dismissed on motion of appellant.

20 So.2d 889

**Eldon JOHNSON v. MUSCLE SHOALS THEATRES, Inc.**

8 Div. 303.

Supreme Court of Alabama.

Jan. 18, 1945.

F. E. Throckmorton, of Tuscumbia, for appellant.

Mitchell & Poellnitz, of Florence, for appellee.

PER CURIAM.

Appeal dismissed.